IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 10-cr-00123-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARIEL MORALES-GAMBOA,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is **ORDERED** that the change of plea hearing in this case is re-set for **July 8, 2010 at 1:30 p.m.**

    DATED June 22, 2010.